FILED
AUG 3 0 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Hon. Leo S. Papas)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. ANDRE LARIVIERE, Defendant. | CASE NO. 88CR00680-BTM  AMENDED/CORRECTED ORDER TO EXONERATE BOND AND RECONVEY TRUST DEED |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** the bond be exonerated and the real property located at 3139 Villa Espana, Spring Valley, California, be released and reconveyed to Charles Robert La Riviere and Marie Therese La Riviere. Their mailing address is 6533 Bluefield Place, San Diego, California 92120.

**SO ORDERED.**

Dated: 8/30/07

_____
HON. LEO S. PAPAS
U.S. MAGISTRATE JUDGE